UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DON TOBIN WATKINSON,

        NO. CIV. S-09-3122 LKK/GGH

    Plaintiff,

  v.

MORTGAGEIT, INC., and
Does 1-10, inclusive,

        O R D E R

    Defendants.
_____/

    Pending before the court in the above-captioned case are a motion to dismiss and a motion to strike by defendant MortgageIT, Inc. (Doc. Nos. 6 and 10). The court does not find oral argument necessary in these matters. Accordingly, the hearings on the above motions currently set for January 25, 2010 are VACATED. The deadline for submission of defendant's reply memorandum, if any, remains unchanged.

    IT IS SO ORDERED.

    DATED: January 15, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1